No. 74–5706.   ORANGE *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5741.   HARDWICK *v.* CALDWELL, WARDEN. C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5810.   MAY *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5815.   MURPHY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5942.   BROWN *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–333.   UNITED STATES *v.* COOKS.   C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 74–615.   PROCUNIER, CORRECTIONS DIRECTOR *v.* BYE.   Sup. Ct. Cal.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 74–786.   LLOYD A. FRY ROOFING CO. *v.* ILLINOIS POLLUTION CONTROL BOARD ET AL.   App. Ct. Ill., 1st Dist. Motion of respondents Hemmerick et al. for leave to proceed *in forma pauperis* granted.   Certiorari denied.